IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>CRISTIAN DIAZ-DUVERGE,<br>Defendant. | CRIMINAL No. 25-231 (RAM) |

**SENTENCING MEMORANDUM**

TO THE HONORABLE COURT

Cristian was in bad shape when he was arrested. His eyes reflected a path of pain, homeliness and addiction. His firsts words were "I am an addict and need help" Things have changed since his arrest.

**A. Cristian's pain trace back to his childhood.**

Cristian was born in 1988. His mother Nena started taking care of him but then he was placed to be reared by other members of the family when he was six months old. Cristian did not know that Chacha and Alberto were not his real parents. They provided the love and attention he needed in his early childhood except when Alberto abused alcohol and became violent. Chacha was a homemaker and Alberto worked as a mason.

Odulio and Roselia were his grandparents. They visited him at Chacha's home and sometimes took him to stay the weekend with his other family. They also help financially Chacha and Alberto in taking care of Cristian. It was not until he was 12 to 13 years old that he learned that Chacha and Alberto were not his real parents. Chacha slipped the information during a discussion she

1

was having with Cristian and Cristian was just choked with the news. Lots of questions came to his mind, but the most important one he still asks himself is why?

### B. Cristian was demotivated and making wrong choices

Cristian started questioning everything in his life. He had been smoking marihuana since an early age and started using cocaine when he was 13 years old. Cristian attempted to commit suicide but did not receive any mental health treatment. He moved with Roselia and Odulio, who are his grandparents from their mother's side, and who lived in a two-story house that was more spacious with their business on the first floor. Some of his uncles lived in the house too. But not his mom. He did not have much contact with her and had none for years with his father.

Cristian did not know how to read or write since he left school and was only able to get by with different odd jobs. His relationships did not last long since he was using drugs and eventually when he separated from Esther, he did not return to his home and was living around hotels. His drug use escalated by adding crack to the mix. His family offered to support him and he was enrolled in a control substance program in 2022. But after the program ended, it was not long after he started using drugs again and ended up homeless.

In addition to the substance abuse issue, his traumatic past is reflected by his mental health. He reported hearing voices and had paranoic ideation related to his family.

### C. Cristian found peace and worked on his rehabilitation

The Cristian that the court will see on the day of his sentencing hearing is different from the one in the PSR photo. That photo was taken upon his arrest and shows a deteriorated physical condition due to abuse of control substances. Today, he has experienced being drug free for a

while and founds peace in his faith with GOD. Cristian continues having a positive attitude towards life and his plan to work and eventually have his own business. He likes selling clothes.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and sentence Mr. Diaz to the time he has already served.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system that will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 29th day of September 2025.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

*S/Coral Rodríguez*
Carmen Coral Rodríguez-Morales
Assistant Federal Public Defender
USDC PR224808
241 F.D. Roosevelt Avenue
San Juan, PR    00918-2305
Phone No. (787) 281-4922
coral_codriguez@fd.org